**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6890**

———————————

JEFFREY ALAN TAYLOR,

                                         Petitioner - Appellant,

      versus

RONALD J. ANGELONE,

                                         Respondent - Appellee.

———————————

**No. 00-7081**

———————————

JEFFREY ALAN TAYLOR,

                                         Petitioner - Appellant,

      versus

RONALD J. ANGELONE,

                                         Respondent - Appellee.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-99-1359-2)

———————————

Submitted: November 22, 2000      Decided: December 6, 2000

———————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jeffrey Alan Taylor, Appellant Pro Se.  Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Alan Taylor seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).  We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge, and the district court's order denying Taylor's post-judgment motions, and we find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court.  See Taylor v. Angelone, No. CA-99-1359-2 (E.D. Va. May 24, 1999; July 13, 2000).  We also deny Taylor's motion to proceed in forma pauperis in No. 00-7081.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2